ESTATE OF SHERWIN: BURRINGTON, Claimant, Respondent, vs. SHERWIN, Executor, Appellant.

For the appellant: *Masters & Hansen* of Sparta.
For the respondent: *W. G. Henke* and *Jens Grothe,* both of Charles City, Iowa, and *O. W. Sprecher* of Sparta.

*By the Court.*—Judgment affirmed.

CHAFEE, Administratrix, Appellant, vs. SCANDRETT and others, Respondents.

For the appellant: *Hayden & Hayden* of Milwaukee.
For the respondents: *Bender, Trump & McIntyre* of Milwaukee.

*By the Court.*—Judgment affirmed.

DE WITT, by Guardian *ad litem,* and another, Respondents, vs. PULCHIN and another, Appellants: BULTMAN and another, Impleaded Defendants and Respondents.

For the appellants: *Chadek, Cornelisen & Denissen* of Green Bay.
For the respondents: *Evrard & Evrard* and *North, Bie, Duquaine, Welsh & Trowbridge,* all of Green Bay.

*By the Court.*—Judgment affirmed.